AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF   NEVADA

STEVEN PAUL MARKS,

     Petitioner,   JUDGMENT IN A CIVIL CASE
V.

     CASE NUMBER: **3:07-CV-00048-ECR-VPC**

DIRECTOR NEVADA DEPARTMENT
OF CORRECTIONS, et al.,

     Respondents.

\_\_\_   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that grounds four, five and six are **DISMISSED** with prejudice as procedurally barred.
    **IT IS FURTHER ORDERED** that this petition for writ of habeas corpus is **DENIED** and judgment is entered for respondents**.**

| October 15, 2009 | **LANCE S. WILSON** |
|---|---|
|  | Clerk |
|  | /s/ D. R. Morgan |
|  | Deputy Clerk |